UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE<br>Appellant,<br><br>v.<br><br>FABIO ALICEA and SARAH J. ZABEK<br>Appellees. | **JUDGMENT**<br><br>No. 7:20-CV-169-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appeal from an order of the United States Bankruptcy Court for the Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 27, 2021, that the decision of the bankruptcy court is AFFIRMED.

**This Judgment Filed and Entered on August 27, 2021, and Copies To:**

Kyle L. Bishop (via CM/ECF Notice of Electronic Filing)
Travis Philip Sasser (via CM/ECF Notice of Electronic Filing)
Joseph A. Bledsoe, III Chapter 13 Trustee (via CM/ECF Notice of Electronic Filing)

August 27, 2021　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　/s/ Sandra K. Collins
　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk