UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE )<br>)<br>Appellant, )<br>v. )<br>)<br>FABIO ALICEA and SARAH J. ZABEK )<br>Appellees )<br>) | **JUDGMENT**<br><br>No. 7:20-CV-169-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Mandate from an Opinion of the Fourth Circuit.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 24, 2023, that the decision of the bankruptcy court is REVERSED and this case is remanded for further proceedings.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that costs are taxed in the amount of $102.76 against appellees.

**This Judgment Filed and Entered on March 24, 2023, and Copies To:**

Kyle L. Bishop / Ryan O McMonagle (via CM/ECF Notice of Electronic Filing)
Travis Sasser (via CM/ECF Notice of Electronic Filing)

March 24, 2023           PETER A. MOORE, JR. CLERK
                          /s/ Sandra K. Collins
                         (By) Sandra K. Collins, Deputy Clerk